IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

RICHARD OTTO                              CASE NO.:  **3:10-cv-1202-UAMH-TEM**

    Plaintiff,

vs.

DFS SERVICES, LLC, et. al.

    Defendants.

## NOTICE OF SETTLEMENT

Plaintiff, Richard Otto, by his undersigned attorney, advises the Court that all claims between Plaintiff and Defendants have been settled, and that the parties expect to submit dismissal papers in the near future.

/s/ Wendell Finner
WENDELL FINNER, Florida Bar No.  0093882
340 Third Avenue South, Suite A
Jacksonville Beach, FL 32250-6767
(904) 242-7070
(904) 242-7054 fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished through the Electronic Case Filing System to Justin Dees, Esquire, jdees@hklaw.com and Barbara Fernandez, Esquire, bfernandez@hinshawlaw.com this 19th day of April, 2011.

/s/ Wendell Finner
WENDELL FINNER